# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**PEACHES ANNE HARGRAVE**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Violation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:06CR00030-001**

**ERIC KERSTEN**
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) One as alleged in the violation petition filed on 3/27/2009 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to Notify the Probation Officer of Change in Residence | |

The court: [ ] revokes:  [✔] Terminates Probation  [ ] continues under same conditions of supervision: heretofore ordered on  8/1/2006 .

IT IS SO ORDERED.

7/6/2009
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

7/6/2009
Date